FILED
2009 Oct-26 PM 01:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JAMES THOMPSON )<br>　　Plaintiff, )<br> )<br>v. )<br> )<br>VERIZON WIRELESS SERVICES, )<br>LLC; EQUIFAX INFORMATION )<br>SERVICES LLC, )<br> )<br>　　Defendant. ) | **Civil Action Number:**<br>**2:08-cv-01187-PWG** |

### PLAINTIFF'S MOTION TO VOLUNTARY DISMISS CLAIMS AGAINST VERIZON WIRELESS SERVICES, LLC

Comes now James Thompson and respectfully requests this Honorable Court to dismiss Plaintiff's claims against Verizon Wireless Services, LLC as follows:

1. The Plaintiff and Defendant have resolved their differences and desire that the claims against the Defendant Verizon Wireless Services, LLC. be dismissed with prejudice, costs taxed as paid.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests this Honorable Court to grant this Motion of dismissal with prejudice against the Defendant Verizon Wireless Services, LLC.

Respectfully Submitted,

/s/ John G. Watts
**John G. Watts**
**Attorney for Plaintiff**

**OF COUNSEL:**
Watts Law Group, P.C.
301 19th Street North
Birmingham, AL 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattslawgroup.com

/s/ M. Stan Herring
**M. Stan Herring**
**Attorney for Plaintiff**

**OF COUNSEL:**
M. Stan Herring, P.C.
301 19th Street North
Birmingham, AL 35203
(205) 714-4443
(888) 522-7167 *facsimile*
msh@mstanherringlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading through this court's electronic filing and notification system and via email on this the 26th Day of October, 2009.

/s/ John G. Watts
Of Counsel